UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6177-GW-PVCx | Date | May 25, 2023 |
|---|---|---|---|
| Title | *Imprenta Services, Inc., et al. v. Nicholas Patrick Karll, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Fredric M. Douglas | Michael C. Mackey |

**PROCEEDINGS:** **TELEPHONIC HEARING ON DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS' STATE-LAW CLAIMS [128]; DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT DAMAGES [130]; DEFENDANTS' MOTION FOR DETERMINATION OF THE WILLFULNESS MULTIPLIER [131]; DEFENDANTS' MOTION FOR PERMANENT INJUNCTION [133]; DEFENDANTS' MOTION TO STRIKE [148]**

The Court's Tentative Ruling on the above-entitled Motions [128, 130, 131, 133, 148] was issued on May 23, 2023 [154]. Oral argument is held. For reasons stated on the record, the Motions are taken under submission.

|  | : | 20 |
|---|---|---|
| Initials of Preparer | JG | |