UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6177-GW-PVCx | Date | May 25, 2023 |
|---|---|---|---|
| Title | *Imprenta Services, Inc., et al. v. Nicholas Patrick Karll, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - RULING ON DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE DEFENDANTS' STATE-LAW CLAIMS [128]; DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT DAMAGES [130]; DEFENDANTS' MOTION FOR DETERMINATION OF THE WILLFULNESS MULTIPLIER [131]; DEFENDANTS' MOTION FOR PERMANENT INJUNCTION [133]; DEFENDANTS' MOTION TO STRIKE [148]

After hearing oral argument, the tentative ruling (ECF No. 154) is adopted as the Court's final ruling as to: (1) Defendants' Motion to Dismiss State-Law Counterclaims without Prejudice (ECF No. 128); (2) Defendants' Motion for Partial Summary Judgment (ECF No. 130); (3) Defendants' Motion for Determination of Willfulness Multiplier (ECF No. 131); (4) Defendants' Motion for Permanent Injunction (ECF No. 133); and (5) Defendants' Motion to Strike (ECF No. 148). Defendants shall file a proposed order and a proposed judgment as indicated in the tentative ruling.

:

Initials of Preparer   JG