# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPRENTA SERVICES, INC., a Texas corporation; MIKE SANCHEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NICHOLAS PATRICK KARLL, an individual; ECO-PACKAGING SOLUTIONS, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 20-6177-GW-PVCx<br><br>**FINAL JUDGMENT**<br><br>Hon. George H. Wu<br>United States District Judge |

**FINAL JUDGMENT**

# FINAL JUDGMENT

Plaintiffs Imprenta Services, Inc. ("Imprenta") and Mike Sanchez ("Sanchez"; collectively with Imprenta, "Plaintiffs") filed this action seeking declaratory judgment for non-infringement of U.S. Patent No. 10,513,375 ("the '375 Patent"), a finding of inequitable conduct against Defendants, and to have Sanchez declared the sole inventor or a co-inventor of the '375 Patent. *See generally* Dkt. No. 1. Defendants Nicholas Patrick Karll ("Karll") and Eco Packaging Solutions ("Eco Packaging"; collectively with Karll, "Defendants") filed their answer and counterclaims alleging, *inter alia*, that Plaintiffs infringe at least Claim 1 of the '375 Patent. *See generally* Dkt. No. 41 ("Answer").

The Court granted Defendants' motion for summary judgment as to Plaintiffs' claims for inequitable conduct and correction of inventorship, granted Defendants' motion for summary judgment as to Plaintiffs' willful infringement of the '375 Patent, and granted-in-part Defendants' motion for Rule 11 sanctions. *See generally* Dkt. No. 95. The Court imposed Rule 11 sanctions against Plaintiffs and their counsel jointly and severally in the amount of $103,722.13. *See* Dkt. No. 106, p. 12. The Court also granted Defendants' motion to dismiss without prejudice their state law counterclaims pursuant to 28 U.S.C. § 1367(c), and Defendants' motion for a permanent injunction. *See* Dkt. Nos. 146, 154 & 156. The Court further granted Defendants' motion for partial summary judgment of infringement damages in the amount of $53,810.10, and granted-in-part Defendants' motion for determination of the willfulness multiplier, applying a willfulness multiplier of 2.0 and thus increasing the award to $107,620.20. *See* Dkt. Nos. 154 & 156.

In light of the foregoing rulings, the Court entered its Final Judgment and Permanent Injunction on June 22, 2023. *See* Dkt. No. 160.

On June 28, 2023, Defendants timely filed their Motion for Attorney Fees, pursuant to 35 U.S.C. § 285. *See* Dkt. No. 162. Plaintiffs filed their Opposition (Dkt. No. 168) on July 28, 2023, and Defendants filed their Reply (Dkt. No. 168) on August

10, 2023. The Court issued a tentative ruling on August 30, 2023 (Dkt. No. 173), and the matter was heard on August 31, 2023. *See* Dkt. No. 174 (Hr'g Mins.). Following the hearing, on August 31, 2023, the Court entered its Final Order on Defendants' Motion for Attorney Fees, and ordered Defendants to prepare an order/judgment consistent with that ruling. *See* Dkt. No. 175.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT JUDGMENT IS HEREBY ENTERED IN THIS MATTER AS FOLLOWS:**

1. The Court has subject matter jurisdiction over this action and personal jurisdiction over the parties.

2. Plaintiffs have received actual notice of the entire contents of this Final Judgment and, upon entry of this Final Judgment by the Court, Plaintiffs will be served via the Court's CM/ECF system, whether directly or through Plaintiffs' attorney. Defendants need not take any further action to serve this Final Judgment on any of Plaintiffs. This Final Judgment is valid and enforceable against each of Plaintiffs immediately upon entry by the Court.

3. For the reasons stated in the Court's Final Order on Defendants' Motion for Attorney Fees dated August 31, 2023 (Dkt. No. 175), Defendants' Motion for Attorney Fees (Dkt. No. 162) is GRANTED-IN-PART and Defendants are awarded their attorney fees and non-taxable costs in the amount of $807,961.67, which award is in addition to all amounts awarded in this Court's Final Judgment and Permanent Injunction dated June 22, 2023 (Dkt. No. 160).

4. Pursuant to 35 U.S.C. § 285, Defendants shall recover from Plaintiffs Imprenta Services, Inc. (aka Tin King USA) and Mike Sanchez (aka Mike C. Sanchez, Michael C. Sanchez, Miguel Sanchez and Miguel C. Sanchez), jointly and severally, $807,961.67, as reasonable attorney fees and costs incurred by Defendants in this Action.

5. If the amount of $807,961.67 is paid in full by Plaintiffs to Defendants within ninety (90) days of August 31, 2023 (*i.e.*, by November 29, 2023), then no post-judgment interest shall be due on said amount.

6. Pursuant to 28 U.S.C. § 1961, if any portion of the amount of $807,961.67 has not been paid in full by Plaintiffs to Defendants within ninety (90) days of August 31, 2023 (*i.e.*, by November 29, 2023), then Defendants shall also recover from Plaintiffs, jointly and severally, post-judgment interest on all such outstanding portions, running from November 30, 2023 until paid in full, at a rate of 5.39 percent per annum, compounded annually.

7. This is a FINAL JUDGMENT.

**IT IS SO ORDERED**.

Dated: September 8, 2023

_____
**HON. GEORGE H. WU**
**UNITED STATES DISTRICT JUDGE**